# COURTROOM MINUTE SHEET
# SENTENCING PROCEEDINGS

Date **9-25-17**   Case No. **4:16-CR-00450-ERW**

UNITED STATES OF AMERICA vs. **Roberto Donaire**

Judge **Honorable E. Richard Webber**   Deputy Clerk **E. Brown**   Court Reporter **R. Fiorino**

Interpreter _____   Probation Officer **A. Linne**

Assistant U.S. Attorney **Dianna Collins**

Defendant Attorney(s) **Kim Freter**

- [x] Defendant/Parties present for imposition of sentence
- [x] Presentence Report adopted/accepted by Court as findings of fact   [x] PSR filed under seal
- [ ] Government's Motion is  [ ] granted  [ ] denied
- [x] No Objections to Presentence report filed by either party.
- [ ] Objections to Presentence report filed by [ ] defendant [ ] government.
- [ ] Objections to Presentence report heard and [ ] granted as follows: [ ] denied as follows:

- [x] Sentence imposed (see judgment)
- [ ] Count(s) _____ dismissed on motion of AUSA
- [ ] The Court makes the following recommendations to the Bureau of Prisons:

- [ ] Defendant remanded to custody of the USMS
- [x] Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS   [ ] Surrender date _____
- [ ] Defendant is released on Probation pending processing by USMS
- [x] Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney.
- [ ] Witness testimony (see witness list)
- [ ] Exhibits returned to and retained by counsel (see exhibit list)
- [ ] Letters received on behalf of defendant received and reviewed by the Court, and to be made part of the record and Filed Under Seal.
- [ ] _____

Proceedings commenced **2:07** p.m.  Concluded **2:34** p.m.